UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>             v.<br><br>KAISER ALUMINUM WASHINGTON LLC,<br><br>             Defendant. | NO.  2:16-cv-00343-SAB<br><br>**ORDER APPROVING CONSENT DECREE; CLOSING FILE** |

On October 18, 2017, the parties submitted a proposed Consent Decree and asked the Court to approve it. ECF No. 30.

Accordingly, **IT IS HEREBY ORDERED**:

1.     Having considered the stipulated agreement of the parties memorialized by the Consent Decree, the Court **approves** the proposed Consent Decree as the final decree of this Court in full settlement of this action.

//
//
//
//
//

**ORDER APPROVING CONSENT DECREE; CLOSING FILE** ~ 1

2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to either party.

3. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree, if necessary.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and close the file.

**DATED** this 24th day of October 2017.



Stanley A. Bastian
United States District Judge

**ORDER APPROVING CONSENT DECREE; CLOSING FILE ~ 2**